UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONALD HENSLEY, JR. (#112218)**  CIVIL ACTION NO.

**VERSUS**  21-517-SDD-SDJ

**CHRISTOPHER HARRELL, ET AL.**

## ORDER

Donald Hensley, Jr., who is representing himself and is confined at the Louisiana State Penitentiary in Angola, Louisiana, instituted this action pursuant to 42 U.S.C. § 1983, alleging Christopher Harrell and David Hueing failed to protect him from violence at the hands of another inmate in violation of the Eighth Amendment.[1] Further details regarding Hensley's claim are required before the Court can proceed.[2] Accordingly,

**IT IS ORDERED** that, by no later than **November 14, 2022**, Hensley must file an amended complaint on the standardized § 1983 lawsuit form (same form used previously), providing the details of his claims as ordered herein. Hensley need not reiterate all facts of his claims; rather, he specifically should only include the facts asked of herein. The Court will consider both the original complaint[3] and the amended complaint in analyzing the case. The amended complaint must expressly address the following:[4]

1) Prior to the altercation occurring on May 20, 2020, was "Maurice" on your enemy list; and

---

[1] R. Doc. 1.
[2] *See Eason v. Thaler*, 14 F.3d 8 (5th Cir. 1994). *See also, e.g.*, *In re Am. Airlines, Inc., Privacy Litig.*, 370 F. Supp. 2d 552, 567-68 (N.D. Tex. 2005) ("[D]istrict courts often afford plaintiffs at least one opportunity to cure pleading deficiencies before dismissing a case, unless it is clear that the defects are incurable or the plaintiffs advise the court that they are unwilling or unable to amend in a manner that will avoid dismissal.").
[3] R. Doc. 1.
[4] The Court only reads Hensley's complaint as bringing a claim for failure to protect. If Hensley intends to pursue any other claim, he should make that clear in the amended complaint.

2) Though you note that you indicated to Defendants that you and "Maurice" had "beef," explain to the Court, in detail, exactly what you told each Defendant individually regarding the threat "Maurice" posed to you. This may include any statements made prior to the altercation, including those made before May 20, 2020.

Hensley is instructed to place the cause number **"3:21cv517"** on the amended complaint and on all documents that he files in this lawsuit.

**Plaintiff is also placed on notice that the lawsuit may be dismissed if he fails to timely comply with this order.**

Signed in Baton Rouge, Louisiana, on October 21, 2022.

_____
**SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE**