# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONALD HENSLEY, JR. (#112218)

VERSUS

CHRISTOPHER HARRELL, ET AL.

CIVIL ACTION

21-517-SDD-SDJ

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated January 25, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims, and Donald Hensley's claims for monetary damages against Christopher Harrell and David Hueing in their official capacities is DISMISSED WITH PREJUDICE, and this matter is referred back to the Magistrate Judge for further proceedings on the Hensley's remaining claims (i.e., claims for monetary damages against Harrell and Hueing in their individual capacities for the incident occurring on May 20, 2020).

Signed in Baton Rouge, Louisiana the 14 day of February, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.