UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD HENSLEY, JR. (#112218)

VERSUS

CHRISTOPHER HARRELL, ET AL.

CIVIL ACTION

21-517-SDD-SDJ

## RULING

The Court has carefully considered the record, the *Motion*,[1] the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated February 14, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Christopher Harrell and David Hueing is DENIED and that this matter be referred back to the undersigned for further proceedings.

Signed in Baton Rouge, Louisiana the 11th day of March, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 40.
[2] Rec. Doc. 47.